McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DEBORAH LEE STACHEL
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8939
    Facsimile:  (415) 744-0134
    E-Mail: Deborah.Stachel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRENDA C. SUMNER,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-02883-DAD<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will administratively remand the matter to a different Administrative Law Judge ("ALJ") and instruct the ALJ to take the following action:

    1. Associate the instant application for benefits with Plaintiff's subsequent claim for benefits;

    2. Obtain supplemental evidence from a vocational expert;

/////

3.  Reevaluate Plaintiff's impairments under the Listing of Impairments, including Listing 12.05C;

4.  Further evaluate Plaintiff's credibility; and

5.  Give Plaintiff the opportunity to submit additional evidence and testify at a supplemental hearing.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 31, 2007

/s/ Bess Brewer  
(As authorized via facsimile)  
BESS M. BREWER  
Attorney for Plaintiff

Dated: September 5, 2007

McGREGOR W. SCOTT  
United States Attorney  
LUCILLE GONZALES MEIS  
Regional Chief Counsel

/s/ Deborah Stachel  
DEBORAH STACHEL  
Special Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: September 5, 2007.

_____  
DALE A. DROZD  
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/sumner2883.stipord.remand